**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,                                  No. 11-mc-80214 JSW

  v.

CMKM DIAMONDS, INC., et al.,              **ORDER OF REFERRAL**

    Defendants.
_____/

On September 7, 2011, non-parties Harold P. Gewerter, Esq. and Harold P. Gewerter, Esq., Ltd. filed a motion to quash a subpoena. Pursuant to Northern District Civil Local Rule 72-1, this matter, and all further discovery disputes in this matter, is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: September 8, 2011

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE

cc:     Magistrate Referral Clerk