**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
9 COMMISSION,

10          Plaintiff,                          No. 11-mc-80214 JSW

11     v.

12 CMKM DIAMONDS, INC., et al.,          **ORDER OF REFERRAL**

13          Defendants.
                                       /
14

15

      On September 7, 2011, non-parties Harold P. Gewerter, Esq. and Harold P. Gewerter,
16
Esq., Ltd. filed a motion to quash a subpoena.   Pursuant to Northern District Civil Local Rule
17
72-1, this matter, and all further discovery disputes in this matter, is HEREBY REFERRED to a
18
randomly assigned Magistrate Judge for resolution.  If you do not hear from the Court regarding
19
an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom
20
Deputy, Jennifer Ottolini at 415-522-4173.
21
      **IT IS SO ORDERED.**
22

23

Dated: September 8, 2011
24                                             _____
                                              JEFFREY S. WHITE
25                                            UNITED STATES DISTRICT JUDGE

26
cc:    Magistrate Referral Clerk
27

28