JOHN M. McCOY III, Cal. Bar No. 166244
E-mail: mccoyj@sec.gov
LESLIE A. HAKALA, Cal. Bar No. 199414
E-mail: hakalal@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3394

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>CMKM DIAMONDS, INC., URBAN CASAVANT, JOHN EDWARDS, GINGER GUTIERREZ, JAMES KINNEY, ANTHONY TOMASSO, KATHLEEN TOMASSO, 1ST GLOBAL STOCK TRANSFER LLC, HELEN BAGLEY, NEVWEST SECURITIES CORPORATION, DARYL ANDERSON, SERGEY RUMYANTSEV, ANTHONY SANTOS, and BRIAN DVORAK,<br><br>    Defendants. | Case No. 11-mc-80214 JSW (EDL)<br><br>[PROPOSED] ORDER REGARDING MOTION TO QUASH THE SUBPOENA *DUCES TECUM* TO BANK OF THE WEST |

On January 12, 2010, the United States District Court for the Northern District of California issued a document subpoena to Bank of the West (the "Subpoena") for records related to a bank account ending in 3342, which is a client trust account used by non-parties Harold P. Gewerter and Harold P. Gewerter, Esq. Ltd. (collectively, "Gewerter"). Gewerter has moved to quash the Subpoena, and the Securities and Exchange Commission (the "Commission") opposes to motion.

Having considered the parties' written and oral arguments, the Court GRANTS IN PART and DENIES IN PART the motion to quash the subpoena. Specifically, all documents produced by Bank of the West in response to the Subpoena (the "Documents") shall be delivered to the Commission subject to following conditions:

1. The Commission shall use the Documents only in connection with its ~~litigation or~~ post-judgment collection efforts in *SEC v. CMKM Diamonds, et al.* (Case Number 08-cv-437), an action originally filed in the United States District Court for the District of Nevada.

2. The Commission shall not use the Documents in connection with any Commission investigation or enforcement action that is unrelated to *SEC v. CMKM Diamonds*.

3. Only ~~Commission staff~~ Leslie Hakala, Molly White, and one Commission paralegal assigned to work on matters related to *SEC v. CMKM Diamonds* shall have access to the Documents. The Commission will take all reasonable efforts to ensure that Commission staff not assigned to matters related to *SEC v. CMKM Diamonds* do not have access to the Documents.

4. Nothing in this Order shall be construed to apply to any documents or materials possessed or obtained by the Commission by any means other than pursuant to the Subpoena issued to Bank of the West on January 12, 2010, whether

~~[PROPOSED]~~ ORDER   Case No. 11-mc-80214 JSW (EDL)

or not such documents are also included among the Documents that Bank of the West produces in response to the Subpoena.

~~5.     Nothing in this Order shall be construed to prevent the Commission from complying with any other legal obligation regarding the Documents.~~

It is SO ORDERED.

Dated: October 26, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT
COURT

[PROPOSED] ORDER     Case No. 11-mc-80214 JSW (EDL)